MEMORANDUM OPINION


No. 04-04-00838-CV


IN RE John Louis ZIMMERMAN 

Original Mandamus Proceeding (1)





PER CURIAM


Sitting: Catherine Stone, Justice

 Sandee Bryan Marion, Justice

 Phylis J. Speedlin, Justice


Delivered and filed: December 1, 2004


PETITION FOR WRIT OF MANDAMUS DENIED


 On November 23, 2004, relator filed a petition for writ of mandamus and a motion for
emergency relief. This court has determined that relator is not entitled to the relief sought at this
time. Therefore, the petition and the motion are DENIED. Tex. R. App. P. 52.8(a).

 Relator shall pay all costs incurred in this proceeding.

 PER CURIAM
1. This proceeding arises out of Cause No. 2003-CI-03654, styled Natasha P. Zimmerman v. John L.
Zimmerman, filed in the 131st Judicial District Court, Bexar County, Texas.